**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

October 18, 2022

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Pedro Mejia*
22 Cr. 144 (VM)

Dear Judge Marrero:

Please recall that I represent Mr. Pedro Mejia in his defense of the above-referenced matter. I write to request a change in Mr. Mejia's current bond conditions to remove the conditions of a curfew and electronic monitoring.

On December 8, 2021, Magistrate Judge James L. Cott ordered Mr. Mejia's release on a $100,000 personal recognizance bond co-signed by three suretors. Pursuant to the conditions of the bond, Mr. Mejia is presently subject to the condition of home detention except for employment purposes and other pre-approved activities, and his travel is restricted to the Southern and Eastern Districts of New York. He surrendered all travel documents and has not made and will not make any applications for new travel documents. On July 1, 2022, Your Honor granted the defense's request to modify Mr. Mejia's bond conditions to remove the condition of home detention and impose a curfew to be determined by United States Pretrial Services.

On October 11, 2022, I was contacted by United States Pretrial Services ("Pretrial") Officer Ashley L. Cosme, who indicated that Pretrial was recommending that Mr. Mejia request a modification of his bond conditions to remove the conditions of a curfew and electronic monitoring. Officer Cosme made this recommendation based on Mr. Mejia's complete compliance with his bail conditions to date and continued employment. We consulted with A.U.S.A. Thomas Burnett regarding the proposed modification, and the Government defers to Pretrial.

**Cohen, Frankel & Ruggiero, LLP**
The Honorable Victor Marrero
October 18, 2022
Page 2 of 2

      Therefore, I respectfully request that Your Honor modify Mr. Mejia's bond conditions to remove the conditions of a curfew and electronic monitoring. Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            Mark I. Cohen

MIC/gmf

Cc:    A.U.S.A. Thomas Burnett (via ECF)
        U.S.P.T.S.O. Ashley L. Cosme (via email)
        Mr. Pedro Mejia (via email)



Request **GRANTED.**

The conditions of defendant Pedro Mejia's bond are hereby modified to remove the conditions of a curfew and electronic monitoring.

**SO ORDERED.**

10/19/2022
DATE                      VICTOR MARRERO, U.S.D.J.