```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               - against -

PEDRO MEJIA,

                      Defendant.

**22 CR 144 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing of defendant Pedro Mejia, currently scheduled for April 14, 2023 at 2:00 p.m, is hereby rescheduled to April 14, 2023 at 1:30 p.m.

**SO ORDERED.**

Dated:    11 April 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.