**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

April 28, 2023

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  *United States v. Pedro Mejia*
              22 Cr. 144 (VM)

Dear Judge Marrero:

    Please recall that I represented Mr. Pedro Mejia in the above-referenced matter. On April 14, 2023, Your Honor sentenced Mr. Mejia to a term of incarceration of 30 months and ordered that he surrender himself prior to 2:00 p.m. on June 19, 2023, to an institution designated by the Bureau of Prisons. I write to respectfully request that Your Honor extend Mr. Mejia's surrender date until June 26, 2023, so that he can attend his daughter's high school graduation ceremony on June 23, 2023. I have consulted with U.S.P.T.S.O. Taylor Nisbeth and A.U.S.A. Thomas Burnett, both of whom have no objection to this request. Thank you for your consideration.

                                          Respectfully submitted,

                                          Mark I. Cohen

MIC/gmf

Cc:  A.U.S.A. Thomas Burnett (via ECF)
       U.S.P.T.S.O. Taylor Nisbeth (via email)
       Mr. Pedro Mejia (via email)

---

**Request GRANTED.** The Court hereby extends defendant Pedro Mejia's surrender date to June 26, 2023 at 2:00 p.m.

**SO ORDERED.**

5/1/2023
DATE

VICTOR MARRERO, U.S.D.J.