UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2024
```

UNITED STATES OF AMERICA,

                    -v-

PEDRO MEJIA,

                    Defendant.

22 Cr. 144 (VM)

ORDER

**VICTOR MARRERO, District Judge:**

On April 14, 2023, Pedro Mejia was sentenced principally to a term of imprisonment of 30 months.

On January 5, 2024, Mejia filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment, which went into effect on November 1, 2023, and applies retroactively.  The United States Probation Department has issued a report indicating that Mejia is not eligible for a sentence reduction. (Dkt. No. 68.) The Court has considered the record in this case and Mejia's submissions on this motion. (Dkt. No. 67.)

It is hereby ORDERED that, while Mejia meets all of the criteria for a zero-point offender recalculation under Amendment 821, Mejia is nonetheless ineligible for a sentence reduction because his original sentence (30 months' incarceration) was below the low end of the amended guideline range (57-71 months' incarceration). Accordingly, Mejia's motion for a sentence reduction is hereby denied.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. No. 67. The Clerk of the Court is also respectfully directed to mail a copy of this Order to Pedro Mejia, Register Number

77565-509, FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640, and

note service on the docket.


**SO ORDERED.**

Victor Marrero
U.S.D.J.

Dated: 13 February 2024
       New York, New York